MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller, State Bar No. 154842
ndiller@morganlewis.com
Alison B. Willard, State Bar No. 268672
awillard@morganlewis.com
One Market Street
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Charles C. Jackson (admitted *pro hac vice*)
charles.jackson@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Attorneys for Defendant National Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. GREGORY BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 13-2547 PA-CW<br><br>**DECLARATION OF ALISON B. WILLARD IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed: April 10, 2013<br><br>Date: October 7, 2013<br>Time: 1:30 p.m.<br>Crtrm: 15 |

I, Alison B. Willard, declare as follows:

1. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), attorneys for defendant National Life Insurance Company ("National Life"). In my capacity as an attorney with responsibility for managing the defense of this litigation, I have personal knowledge of the factual information stated in this declaration except as otherwise indicated.

2. Attached as Exhibit 1 are excerpts from the transcript of the September 5, 2013 deposition of named plaintiff J. Gregory Brown and selected exhibits marked during that deposition, as received by Morgan Lewis from the court reporting service in attendance at that deposition, and marked by staff of my law firm to indicate the cited testimony.

3. Attached as Exhibit 2 are excerpts from the transcript of the September 10, 2013 deposition of putative class member James L. Fisher and selected exhibits marked during that deposition, as received by Morgan Lewis from the court reporting service in attendance at that deposition, and marked by staff of my law firm to indicate the cited testimony.

4. Attached as Exhibit 3 is a true and correct copy of a document produced by plaintiff in this case, Bates labeled PLTF000037-41.

5. Attached as Exhibit 4 is a true and correct redacted copy of Brown's Responses to Defendant National Life's Interrogatories, Set One.

6. On or about Friday, June 28, 2013, I, as counsel for defendant, called counsel for plaintiff to initiate the scheduling of the parties' Rule 26(f) conference, which took place on July 8, 2013.

///

///

///

///

///

7. The only discovery that plaintiff has propounded in this case as of the date of this declaration is Plaintiff's Request for Production of Documents to Defendant National Life Insurance Company (Set One), served on August 2, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2013, in San Francisco, California.

Alison B. Willard