MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller, State Bar No. 154842
ndiller@morganlewis.com
Alison B. Willard, State Bar No. 268672
awillard@morganlewis.com
One Market Street
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Charles C. Jackson (admitted *pro hac vice*)
charles.jackson@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Attorneys for Defendant National Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. GREGORY BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 13-2547 PA-CW<br><br>**DECLARATION OF LORRAINE BISHOP IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed: April 10, 2013 |

I, Lorraine Bishop, declare as follows:

1. I am employed by People's United Bank in its Retirement Services division as a Senior Pension Analyst. Previously, I was employed in the National Pension Services division of Chittenden Bank until it was acquired by People's in 2008 (hereinafter People's United Bank). Before I joined Chittenden Bank, I was employed by National Life Group ("National Life") as a Pension Analyst. Unless stated otherwise, I have personal knowledge of the matters stated in this declaration and, if called upon, I could and would testify as to their truth.

2. During my employment at National Life, I provided administrative services for the National Life Insurance Company Agents Pension Plan & Trust (the "Agents Pension Plan") and the National Life Insurance Company Agents 401(k) Plan (the "Agents 401(k) Plan")), the predecessor benefit plans to the National Life Insurance Company Agents Retirement Plan (the "Plan").

3. In or about 2007, National Life hired National Pension Services (later People's United Bank) to perform administrative support services for the Agents Pension Plan and the Agents 401(k) Plan, and it served in that role until December 31, 2010. Charles Schwab & Co., Inc. became the recordkeeper of the Agents Pension Plan and Agents 401(k) Plan and also assumed some of People's United Bank's administrative support duties as of January 1, 2011. People's United Bank continues to perform limited administrative support services for the Plan.

4. In performing my current job duties, I have access to relevant business records referred to here concerning the Plan and its predecessor benefit plans. All documents attached as exhibits to this declaration are true and correct copies of documents maintained in the ordinary course of National Life's or People United Bank's business.

5. From at least about 2007 until December 31, 2010, my job duties included distributing summary plan descriptions ("SPDs") for the Plan and its predecessor benefit plans. At the instruction of the Plan Administrator, I regularly distributed SPDs to participants by mail.

6. In the course of performing this duty, I kept a Microsoft Excel spreadsheet containing the names and addresses of persons to whom I mailed an SPD. For example, attached as Exhibit 1 is a redacted copy of the Excel spreadsheet listing persons to whom I mailed the 2010 SPD for the Agents Pension Plan with the filename "SPD mailing 040110.xls." It was my regular practice to name the file with the approximate date that I mailed the SPDs – 040110 indicates an approximate mailing date of April 1, 2010. Plaintiff Gregory Brown's name and address appear on Line 54 of the spreadsheet.

7. Since at least 2007, I participated in posting to National Life's Agent's Portal, a document providing updates for the Agents Pension Plan and Agents 401(k) Plan. I sent the updated documents to an employee of National Life's communications department for posting to the Agent's Portal. Attached as Exhibit 2 is an exemplar of the update document that I prepared in this regard.

8. I regularly accessed the Agent's Portal and observed that the update documents that I prepared, described in Paragraph 7, were posted there. Exhibit 3 is a true and correct copy of the current Agent's Portal NLFA Benefit Information page that appears once an agent logs into the Agent's Portal and clicks on the link to "NLFA Benefit Information" from the Agent's Portal website dated and as of August 23, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2013, in Montpelier, Vermont.

Lorraine Bishop

Lorraine Bishop