**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

J. GREGORY BROWN, individually and on
behalf of all other similarly situated,

      Plaintiff,

    vs.

NATIONAL LIFE INSURANCE
COMPANY,

      Defendant.

)
)
)
)
)
)
)
)
)

    CASE NO. CV13-2547 PA (CWx)

**EXPERT REPORT OF LASSAAD TURKI**

SEPTEMBER 16, 2013

# Table of Contents

I.      Qualifications ...................................................................................................... 1

II.     Assignment ........................................................................................................ 1

III.    Materials and Data Reviewed ........................................................................... 2

IV.     Case Background ............................................................................................... 2

V.      Summary of Opinions ....................................................................................... 4

VI.     The Stable Value Fund Market ......................................................................... 5

        A.      Background and Composition of the Market ........................................... 5

        B.      Fund Returns ............................................................................................. 7

                1.      Alternative Retirement Plans of Plaintiff ...................................... 7

                2.      Comparable Plans ........................................................................... 8

                3.      Stable Value Fund Indices ............................................................. 9

        C.      Plaintiff Mischaracterizes the Term "Stable Value Fund" ..................... 9

## I.      Qualifications

1.      I am a Senior Vice President and head of the finance practice at Cornerstone Research, an economics and finance consulting firm.  At Cornerstone Research, I have conducted statistical and economic analysis for a variety of matters, including the valuation of financial securities, limited partnership interests, and real estate assets, as well as the computation of damages in securities class action lawsuits, ERISA class actions, antitrust matters, and breach of contract cases.

2.      I have taught doctorate, graduate, and undergraduate level courses in finance as an Assistant Professor at Purdue University's School of Management, as a Consulting Associate Professor at Stanford University, and as a lecturer at the Robert H. Smith School of Business at the University of Maryland.  I earned my Bachelor of Science degree from the University of Tulsa and earned my Masters and Ph.D. degrees from Stanford University.

3.      A copy of my curriculum vitae is attached as **Appendix A**.  A list of cases in which I have provided testimony in the last four years is attached as **Appendix B**.

4.      Cornerstone Research is being compensated at my usual rate of $660 per hour.  I have been assisted by several individuals at Cornerstone Research, who worked under my direct supervision.  Neither my compensation nor Cornerstone Research's compensation is dependent on my conclusions or on the outcome of this matter.

## II.     Assignment

5.      I have been asked by counsel for National Life Insurance Company ("National Life") to opine on how the interest crediting rate of the National Life Interest Fund ("Interest Fund") compared—both before and after National Life set the crediting rate for 2012—to comparable funds and relevant indices.  I have also been asked to express my opinions on the nature of the Interest Fund as well as other types of stable value investments.

### III.     Materials and Data Reviewed

6.      In preparing this report, I have reviewed a number of case documents, including legal filings and plan materials.  Additionally, I have referenced industry literature and SEC filings. The materials listed in **Appendix C** are the data and documents that I have reviewed in the preparation of this report.

7.      My opinions are based on the information that is currently available to me.  I reserve the right to supplement my opinions if new information that is relevant to my findings becomes available.

### IV.     Case Background

8.      Plaintiff alleges that National Life breached its fiduciary duties to the National Life Insurance Company Agents Retirement Plan ("the Plan")[1] by "misrepresenting and/or failing to disclose material information about the nature of the Interest Fund and its investment in a group annuity contract purchased from Defendant."[2]  Specifically, Plaintiff is alleging that National Life represented that the Interest Fund was invested in the company's general account and did not disclose that the Interest Fund is a nonparticipating "group annuity contract issued by a National Life subsidiary."[3]  Based on this allegation, Plaintiff has proposed the following class:[4]

> All persons who within the period of the statute of limitations are or were participants or beneficiaries of the National Life Insurance Company Agents Retirement Plan, and invested assets from that plan in the National Life Interest Fund. Excluded from the Class is Defendant, all officers and directors of Defendant, any individuals or entities employed by Defendant, and their legal representatives, heirs, successors or assigns and/or other

---

[1] The Plan is an employer sponsored defined contribution retirement plan for eligible agents of National Life.  See, for example, National Life Insurance Company Agents Cash or Deferred Profit Sharing Plan, August 1, 1995, NATLIFE00004069–100.

[2] Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification, filed August 30, 2013 ("Plaintiff's Class Certification Motion"), p. 1.

[3] Plaintiff's Class Certification Motion, p. 6.  "After misleading Plan participants to believe that the Interest Fund's rate of return was based upon the general account of National Life, National Life now revealed that the Interest Fund's credited interest rate could be unilaterally set by National Life to as low as 1%."

[4] Plaintiff is making an identical claim with regards to his investment in the Interest Fund in the Supplemental Pension Plan for Full-Time Agents of National Life Insurance Company (the "Supplemental Plan").  However, Plaintiff is not seeking to certify a Supplemental Plan class.  Plaintiff's Class Certification Motion, p. 3.

individuals who are or may be liable for the conduct described in the
Complaint.

9.      Agents of National Life are eligible to participate in the Plan and are able to invest in a
variety of investment options, including the Interest Fund, a stable value/capital preservation
fund.[5]  **Exhibit 1** shows the Plan's asset allocation at year-end 2010, 2011, and 2012 and June
30, 2013.  As shown in the exhibit, as of December 31, 2012, the Plan's participants had assets
invested in 35 different investment options.[6]  These investment options included a range of
equity, fixed income, and balanced funds.  During this period, the Interest Fund was the Plan's
sole capital preservation investment option.

10.     As of December 31, 2011, J. Gregory Brown—Plaintiff in this matter—had 100% of his
Plan assets allocated to the Interest Fund.[7]  Similarly, he allocated 100% of his assets in his other
retirement plans for which I have received statements—Brown & Brown, Northwestern Mutual,
and New York Life—in their capital preservation/stable value investment options.[8]  In June
2013, Plaintiff transferred the substantial majority of his Plan assets to his New York Life plan.[9]

11.     A distinguishing feature of the Income Fund (and many other capital preservation/stable
value funds) as compared to other types of investment options is that the interest crediting rate
for a given period is announced in advance of the relevant period.  For example, Plaintiff's
December 31, 2011 Plan account statement included a note indicating that "[e]ffective January 1,
2012, the current interest rate for the National Life Interest Fund is 3.10%."[10]  This feature of the
Interest Fund provides participants certainty regarding the return of the Interest Fund in any
given year.  At any time, participants are able to transfer their Interest Fund assets to any other
investment option offered by the Plan.

---

[5] See, for example, Plaintiff's Plan Account Statement as of June 30, 2012, PLTF000357–61 at 358.
[6] Eleven of these options were T. Rowe Price "target date" funds.
[7] Plaintiff's Plan Account Statement as of December 31, 2011, PLTF000037–41 at 38.  His account balance as of
December 31, 2011 was $2,188,586.88.
[8] See, for example, Plaintiff's Brown & Brown Account Statement as of December 31, 2011, PLTF000405–8 at 406;
Plaintiff's New York Life Account Statement as of June 30, 2012, PLTF000101–3 at 102; and Plaintiff's Northwestern
Mutual Account Statement as of September 30, 2009, PLTF000153–6 at 153.
[9] Letter from Charles Schwab Trust Company, June 13, 2013, PLTF000493; Plaintiff's New York Life Account
Statement as of June 30, 2013, PLTF000534–8 at 537.
[10] Plaintiff's Plan Account Statement as of December 31, 2011, PLTF000037–41 at 37.

Confidential—Subject to Protective Order

12.     The Interest Fund has been a longstanding investment option in the Plan and its predecessor benefit plans.[11]  **Exhibit 2** summarizes the interest rates credited to participant balances by year since 2008.  As shown in the first line of **Exhibit 2**, in 2011, the interest crediting rate was 5.00% and the net rate was 4.90% after taking into account a 0.10% administrative fee.[12]  In 2012, the newly announced interest crediting rate was 3.10% and the net rate was 3.00% after taking into account a 0.10% administrative fee.[13]  In a March 9, 2012 letter sent to all Plan participants, National Life detailed this reduction in the Interest Fund's interest rate.  The letter notes that "[i]t is important to recognize that this interest rate has been above market for a number of years, and that the new rate reflects the current very low interest rate environment."[14]

## V.     Summary of Opinions

13.     My findings are as follows:

   a.   The Interest Fund's net interest crediting rates from 2008 to 2011 (ranging from 4.90% to 5.50%) were well above the rates for comparable capital preservation/stable value funds.

   b.   The Interest Fund's net interest crediting rate for 2012 (3.00%) was slightly above the rates for comparable capital preservation/stable value funds.

   c.   Plaintiff mischaracterizes the term "stable value fund."  Stable value fund interest crediting rates can vary widely on a year-to-year basis.  Rather, the "stable" aspect of a stable value fund is that a participant's investment can be redeemed (either through transfer or withdrawal) at book value.

---

[11] See, for example, National Life Insurance Company Agents Pension Plan and Trust, Summary Plan Description, 1979, NATLIFE00001860–75 at 70, showing Annuity Purchase Account, a predecessor name of the Interest Fund, as an investment option.
[12] Letter from National Life to All Participants in National Life Insurance Company Agents Retirement Plan and Non-Qualified Deferred Compensation Plans, March 9, 2012, NATLIFE00003450 ("March 9, 2012 Letter").
[13] March 9, 2012 Letter.
[14] March 9, 2012 Letter.

## VI.    The Stable Value Fund Market

### A.    Background and Composition of the Market

14.    Within a company's employee savings plan, the sponsor typically offers a capital preservation investment option.[15]  These investment options are designed to provide stable, predictable returns coupled with very low risk (sometimes limited to the credit risk of the plan sponsor, which can be close to zero for large companies).  Common capital preservation offerings include money market funds and stable value funds.

15.    Stable value funds have been offered for around 40 years.[16]  The Stable Value Investment Association ("SVIA") describes these funds as being "comprised of a diversified portfolio of fixed income securities that are insulated from interest rate movements by contracts from banks and insurance companies."[17]  As capital preservation options, they are designed to provide predictable, steady returns to investors while minimizing risk.  The safety of these investments was demonstrated in 2008, during the great recession, when stable value funds generally yielded returns in the range of 3% to 5%, while most other 401(k) investments provided negative returns.[18]

16.    Stable value funds (also sometimes referred to as a Guaranteed Investment Contracts or GICs) are typically structured in three primary ways:  as a General Account GIC, a Separate Account GIC, or a Synthetic GIC.[19]  In brief, a General Account GIC is invested directly into the general account of the sponsoring insurance company, which provides financial backing; a Separate Account GIC is similar, but is invested in a separate account from the sponsor's general account.  Funds with this structure are generally issued pursuant to a group annuity contract.  In contrast, a Synthetic GIC is created by adding a risk protection "wrapper" to a pool of fixed income investments.  The wrappers are purchased from a company with low credit risk (typically an insurance company or bank).

---

[15] In fact, regulations require plans intended to comply with ERISA Section 404(c) to offer a low risk option.  "In many cases, a Stable Value Fund is used by a defined contribution plan to meet the 404(c) requirement calling for '…an income producing, low risk, liquid fund, sub fund, or account…'"  SVIA, "Managing Stable Value Key Principles," p. 1.
[16] SVIA, "Stable Value Guaranteed Insurance Accounts: Frequently Asked Questions," p. 1.
[17] SVIA, "Stable Value FAQ," p. 1.
[18] SVIA, "Stable Value FAQ," p. 4.
[19] See, for example, SVIA, "Stable Value FAQ," pp. 1–2, or MetLife, "2013 Stable Value Study," pp. 3, 6, and 7.

17.    The Interest Fund is a type of General Account GIC with a non-participating group annuity contract, which means the fund's return is not directly tied to the returns of the general account.  The Interest Fund is also a proprietary fund that is only available to participants in National Life's own employee benefit plans.  In contrast, some stable value funds are available to a wide range of plans (as investment options for their participants).  While some insurance companies offer funds to participants in plans sponsored or administered by those carriers, the most common stable value funds are offered by investment management firms, such as Fidelity, Vanguard, and T. Rowe Price.[20]  These funds are often structured as commingled trusts and comprised primarily of Synthetic GICs.[21]

18.    Although these structures differ in specific framework, they typically share two key characteristics:  pre-set returns (often with a floor on the interest crediting rate—1% in the case of the Interest Fund)[22] and financial backing by a single company or multiple companies.[23]  In the case of the Interest Fund, the financial backing was provided by National Life.

19.    The returns associated with stable value funds are called "crediting rates" because, unlike traditional returns, they are not directly related to the actual performance of the underlying assets over a time period.  Instead, as described by the SVIA, "rates are often fixed and guaranteed in advance for up to one year."[24]  This mechanism transfers risk from the policyholders to the insurance company (or other entity) providing the guarantee.[25]  Typically, the rate will be set "based on various factors, such as projected interest rates, projected administrative expenses, and realized gains or losses from past periods."[26]

20.    Another key advantage of stable value funds is their benefit-responsiveness, or "[t]he ability to transact at book or contract value for benefit payments."[27]  This provides a "liquidity

---

[20] See, for example, Exhibit 2, which provides a brief description of the stable value funds offered by financial service providers as well as funds available to proprietary insurance carrier plans comparable to the Plan.
[21] Although the term "Stable Value Fund" is often associated with these widely available funds, the term can apply to proprietary funds such as the Interest Fund.
[22] See National Life Insurance Company Agents Retirement Plan Deposit Administration Contract, January 1, 2011, NATLIFE00003270–85 at 72.
[23] See SVIA, "Stable Value FAQ," pp. 1–2.
[24] SVIA, "Stable Value Guaranteed Insurance Accounts: Frequently Asked Questions," p. 3.
[25] "The insurer assumes risks in providing these guarantees for which it needs to be compensated in order to meet its commitment to policyholders and to maintain adequate capital and a viable business."  SVIA, "Stable Value Guaranteed Insurance Accounts: Frequently Asked Questions," p. 4.
[26] Employee Benefit Plan Audit Quality Center, "Stable Value Funds and Investment Contracts – An Overview," p. 3.
[27] SVIA, Stable Value Glossary, p. 2.

guarantee… of principal and accrued interest" for the investments.[28]  Because of this, "participants can withdraw or transfer their stable value investments at book value regardless of the current market value of the portfolio."[29]  This flexibility further guarantees the returns offered by the funds.

21.     Stable value funds are extremely common in defined contribution plans, such as that offered by National Life.  A recent study of the stable value industry commissioned by MetLife found that approximately half of all defined contribution plans offer a stable value option.[30] Further, at least $540 billion is invested through defined contribution plans in stable value funds associated with SVIA member companies.[31]

### B.     Fund Returns

22.     In order to characterize the crediting rates offered through the Interest Fund, I have compared it to a variety of other, comparable returns in the industry.  Due to the breadth of funds offering capital preservation, there are a number of benchmarks to use.

23.     A summary of these comparisons is contained in **Exhibit 2**.

### 1.     Alternative Retirement Plans of Plaintiff

24.     In his filings, Plaintiff claims that he invested in similar funds that were paying higher returns than the Interest Fund.[32]  The three comparable plans are those of New York Life, Northwestern Mutual Life Insurance, and Brown & Brown Insurance, depicted in rows 6, 7, and 8 of **Exhibit 2**, respectively.  All three plans offer stable value fund options.  Although I was unable to obtain a complete record of the three plans' funds' performance, some information is available through Plaintiff's account statements and is presented in **Exhibit 2**.

---

[28] Employee Benefit Plan Audit Quality Center, "Stable Value Funds and Investment Contracts – An Overview," p. 2.
[29] NEPC, "A Closer Look at the Capital Preservation Funds Used Within Defined Contribution Plans," p. 2.
[30] MetLife, "2013 Stable Value Study," p. 4.  A recent survey conducted by Deloitte had an even higher estimate: 70% of surveyed plans offer a stable value/guaranteed investment contract investment option and 59% of surveyed plans offer a money market fund investment option.   Deloitte, "Annual 401(k) Benchmarking Survey," 2012 Edition, p. 45.
[31] MetLife, "2013 Stable Value Study," p. 4.
[32] Class Action Complaint for Damages, filed April 10, 2013, p. 6.

Confidential—Subject to Protective Order

25.     As can be seen in **Exhibit 2**, the crediting rates of the Interest Fund fell within the range of those offered by Plaintiff's other investments.  In fact, the Interest Fund offered crediting rates substantially above (and in some years nearly two times) those offered by the Wells Fargo Stable Return Fund through the Brown & Brown Insurance plan.

### 2.     Comparable Plans

26.     The employee savings plans of insurance companies other than National Life are another source of benchmark crediting rates.  To select comparable insurance companies, I started by looking at all companies registered with the Securities and Exchange Commission under SIC Codes[33] 6311, "Life Insurance," and 6331, "Fire, Marine & Casualty Insurance," resulting in 854 companies.  I then filtered this set of companies to those that filed a Form 11-K[34] in 2013, leaving 35 companies.  Finally, in order to focus on companies of reasonable size and data quality, I filtered the set to only those with a market capitalization[35] of at least $1 billion,[36] resulting in a final set of 26.

27.     Information relating to the plans offered by these 26 companies is presented in rows 9 through 35 of **Exhibit 2**.[37]  The first panel of comparable plans includes the 24 plans that offer investments in stable value funds.  The underlying stable value funds include those associated with the plan sponsor (such as the AEGON plan in row 9 of the exhibit) as well as third-party stable value funds (such as those of T. Rowe Price or MassMutual, in rows 15 and 17, respectively).

28.     A comparison of the Interest Fund to the comparable plans with stable value options, along with Plaintiff's alternative retirement plans, is shown in **Exhibit 3**.  As is demonstrated, through 2011, the Interest Fund offered crediting rates consistently at the top of the comparable

---

[33] Standard Industrial Classification, or SIC, Codes are used by the U.S. Government to classify companies by industry.
[34] Form 11-K contains disclosures relating to employee savings plans, and must be filed with the SEC yearly.
[35] As measured using Google Finance, as of September 6, 2013.
[36] The substantial majority of the nine companies that fell below the $1 billion market capitalization threshold did not include sufficient information regarding the crediting rate of their stable value/capital preservation investment options in their 11-K filings to perform a complete comparison.  Based on the information that is available, including these companies (and their plans) in the analysis would not impact the results or my conclusions.
[37] Although there are 26 companies, there are 27 observations contained in the table, due to ING offering three plans, and Endurance Specialty not being included, due to it only offering investments in company stock.

Confidential—Subject to Protective Order

crediting rates examined.  Further, in 2012, after its net crediting rate was reduced to 3.00%, the Interest Fund continued to offer a crediting rate above both the mean and the median of the rates offered by comparable plans.

29.     As reflected in rows 33 through 35 of **Exhibit 2**, there are three comparable plans that offer money market funds instead of stable value funds as capital preservation options.  As can be seen in **Exhibit 4**, the crediting rates of the Interest Fund were consistently greater than the returns of the money market funds, usually by a few percentage points.

### 3.     Stable Value Fund Indices

30.     Due to the popularity of stable value funds in the industry, some companies are able to compile stable value fund indices to offer an industry benchmark.  Three such indices are shown in rows 36 through 38 of **Exhibit 2,** and are pictured alongside the Interest Fund in **Exhibit 5**.

31.     Consistent with the comparable plan rates described above, the Interest Fund consistently offered crediting rates higher than the returns of each of these three industry indices through 2012.

### C.     Plaintiff Mischaracterizes the Term "Stable Value Fund"

32.     Among other allegations, Plaintiff alleges that the relatively stable interest crediting rate during the mid-to-late-2000s "confirmed Defendant's representations that the Interest Fund was indeed a stable value fund."[38]  This conclusion demonstrates a general misunderstanding of "stable value funds."  As is made clear in **Exhibit 2**, the interest crediting rates on stable value funds can vary widely on a year-to-year basis (and these rates can vary widely across plans).  Rather, the "stable" aspect of a stable value fund is that a participant's investment can be redeemed (either through transfer or withdrawal) at book value.  A consistent interest crediting rate during a particular time period does not provide any insight into whether or not a fund is a stable value fund or whether or not a fund is a direct investment in a general account, a group annuity contract, or a stable value fund with a different structure.

---

[38] Plaintiff's Class Certification Motion, p. 5.  Plaintiff notes that "[b]etween 2004 and 2009 the Interest Fund paid stable returns of between 6% and 5.5% annually" and that in 2010, "National Life only reduced the stated annual interest rate by .25%."

Confidential—Subject to Protective Order

Respectfully Submitted,

_____

Lassaad Turki

# EXHIBIT 1

**EXHIBIT 1**

# National Life Insurance Company Agents Retirement Plan
## Plan Assets
## 12/31/10 – 6/30/13

| Investment Fund | Asset Value | | | |
|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 12/31/12 | 6/30/13 |
| 1. American Funds EuroPacific Gr R5 | $619,172.84 | $461,956.04 | $485,071.34 | $629,771.26 |
| 2. American Funds New Perspective R5 | $0.00 | $82,176.05 | $164,251.90 | $181,326.55 |
| 3. Perkins Mid Cap Value I | $796,034.02 | $571,629.61 | $552,480.67 | $665,606.97 |
| 4. Perkins Small Cap Value I | $325,049.03 | $244,436.87 | $254,152.12 | $322,249.68 |
| 5. Sentinel International Equity I | $2,093,597.18 | $1,422,290.05 | $1,070,125.45 | $1,034,935.42 |
| 6. Sentinel Mid Cap I | $2,425,500.64 | $2,135,482.69 | $1,923,925.05 | $1,969,185.07 |
| 7. Sentinel Small Company I | $3,910,445.42 | $3,839,320.48 | $3,166,138.26 | $3,492,091.62 |
| 8. Vanguard Mid-Cap Growth Index Inv/Admir [1] | $0.00 | $46,688.34 | $123,467.81 | $433,348.11 |
| 9. Vanguard Small Cap Growth Index Inv/Adm [1] | $0.00 | $49,211.56 | $246,807.50 | $310,721.84 |
| 10. Vanguard Total Intl Stock Index Inv/Sig [2] | $0.00 | $48,642.00 | $197,771.82 | $222,534.08 |
| 11. MFS Value R4 | $777,094.92 | $661,699.26 | $410,543.96 | $745,465.01 |
| 12. Schwab Total Stock Market Index | $494,227.78 | $520,910.06 | $644,482.35 | $980,978.43 |
| 13. Sentinel Capital Growth I | $1,330,864.53 | $1,168,257.01 | $987,136.94 | $910,286.90 |
| 14. Sentinel Common Stock I | $6,599,461.97 | $5,751,047.03 | $5,344,141.42 | $6,012,836.18 |
| 15. T. Rowe Price Dividend Growth | $695,092.00 | $859,553.21 | $590,738.70 | $819,007.91 |
| 16. Vanguard Growth Index Inv/Signal [2] | $0.00 | $137,121.79 | $426,359.62 | $779,363.16 |
| 17. Dreyfus Bond Market Index Basic | $0.00 | $34,253.01 | $45,253.73 | $47,922.95 |
| 18. Metropolitan West High Yield Bond I | $376,643.17 | $407,373.75 | $467,894.88 | $391,714.27 |
| 19. PIMCO Total Return Instl | $0.00 | $123,289.17 | $346,875.45 | $284,526.30 |
| 20. Sentinel Government Securities I | $972,693.47 | $776,014.18 | $506,503.08 | $446,817.36 |
| 21. Sentinel Balanced I | $1,589,780.65 | $737,514.74 | $877,315.53 | $997,312.32 |
| 22. T. Rowe Price Retirement 2010 | $24,822.09 | $65,590.66 | $72,919.91 | $182,937.29 |
| 23. T. Rowe Price Retirement 2015 | $0.00 | $29,959.80 | $64,658.47 | $122,407.55 |
| 24. T. Rowe Price Retirement 2020 | $103,487.84 | $142,353.35 | $196,228.56 | $253,926.24 |
| 25. T. Rowe Price Retirement 2025 | $0.00 | $12,466.67 | $31,503.90 | $57,568.72 |
| 26. T. Rowe Price Retirement 2030 | $757,976.73 | $786,063.49 | $816,063.12 | $936,840.56 |
| 27. T. Rowe Price Retirement 2035 | $0.00 | $902.20 | $13,412.16 | $155,199.66 |
| 28. T. Rowe Price Retirement 2040 | $774,316.11 | $289,481.57 | $356,554.90 | $279,767.66 |
| 29. T. Rowe Price Retirement 2045 | $0.00 | $0.00 | $6,307.01 | $16,540.06 |
| 30. T. Rowe Price Retirement 2050 | $0.00 | $0.00 | $3,615.81 | $16,581.83 |
| 31. T. Rowe Price Retirement 2055 | $0.00 | $2,631.59 | $8,552.93 | $20,223.84 |
| 32. T. Rowe Price Retirement Income | $0.00 | $80,189.25 | $96,104.94 | $35.47 |
| 33. Vanguard Wellington Adm | $880,609.61 | $847,002.71 | $961,330.72 | $1,111,045.30 |
| 34. National Life Interest Fund | $21,094,327.86 | $20,448,753.76 | $19,857,358.49 | $15,609,543.90 |
| 35. Life Insurance | $0.00 | $399,095.65 | $381,799.52 | $302,575.91 |
| **Total** | **$46,641,197.86** | **$43,183,357.60** | **$41,697,848.02** | **$40,743,195.38** |

Source:  National Life Insurance Company Agents Retirement Plan SchwabPlan Management Summaries
Note:
    [1] During 2012, National Life changed their holdings in the fund from the Investor Class to the Administrative Class.
    [2] During 2011, National Life changed their holdings in the fund from the Investor Class to the Signal Class.

# EXHIBIT 2

# EXHIBIT 2

## Comparison of National Life Interest Fund to Other Capital Preservation Funds and Benchmarks
### (Alternative Plaintiff Retirement Funds, Capital Preservation Funds of Comparable Plans, and Stable Value Fund Indices)
### 2008 – 2012

| Plan / Fund | Underlying Fund | | Crediting Rate / Return [1] 2008 | 2009 | 2010 | 2011 | 2012 | |
|---|---|---|---|---|---|---|---|---|
| **National Life Plan** | **Underlying Fund** | | | | | | | |
| 1. National Life Retirement Plan | National Life Interest Fund | | 5.50% | 5.50% | 5.25% | 4.90% [19] | 3.00% [19] | |
| **Summary Statistics** | | | | | | | | |
| 2. Comparable Plans Offering Stable Value Funds | | Mean | 4.21% | 3.40% | 3.25% | 2.98% | 2.61% | |
| | | Median | 4.18% | 3.43% | 3.25% | 3.03% | 2.58% | |
| 3. Comparable Plans Offering Stable Value Funds, Including Plaintiff Retirement Plans | | Mean | 4.21% | 3.43% | 3.50% | 3.34% | 3.15% | 2.82% |
| | | Median | 4.18% | 3.43% | 3.25% | 3.05% | 2.76% | |
| 4. Comparable Plans Offering Stable Value Funds or Money Market Funds | | Mean | 4.06% | 3.08% | 2.88% | 2.65% | 2.31% | |
| | | Median | 4.14% | 3.19% | 3.14% | 2.93% | 2.51% | |
| 5. Comparable Plans Offering Stable Value Funds or Money Market Funds, Including Plaintiff Retirement Plans | | Mean | 4.06% | 3.20% | 2.99% | 2.84% | 2.53% | |
| | | Median | 4.14% | 3.19% | 3.14% | 2.97% | 2.54% | |

| Alternative Plaintiff Retirement Plans | Underlying Fund | 2008 | 2009 | 2010 | 2011 | 2012 | Description in Plaintiff Statements |
|---|---|---|---|---|---|---|---|
| 6. New York Life | New York Life Fixed Dollar Option | – | – | – | 5.60% | 5.45% [20] | "[S]table value investment that offers a guaranteed return... provided through a group annuity contract issued by New York Life Insurance Company." |
| 7. Northwestern Mutual Life Insurance | Northwestern Annual Fixed Rate Fund | – | 6.50% | 6.15% | 6.00% | 5.85% | "[Invests] in Northwestern Mutual's general account investment portfolio." |
| 8. Brown & Brown Insurance | Wells Fargo Stable Return | | 2.99% | 2.63% [18] | 2.04% | 1.93% [21] | "[I]nstruments issued by highly rated financial institutions. These instruments include guaranteed investment contracts (GICs), bank investment contracts (BICs), and security-backed contracts (i.e., synthetic GICs)." [23] |

| Comparable Plans [2] (Offering Stable Value Funds) | Underlying Fund | 2008 | 2009 | 2010 | 2011 | 2012 | Description in 2012 Form 11-K |
|---|---|---|---|---|---|---|---|
| 9. AEGON | TFLIC Stable Fund | 5.44% | 4.25% | 3.25% | 2.88% | 2.00% | "[F]ully benefit responsive GIC with [Transamerica Financial Life Insurance Company, an AEGON affiliate], where TFLIC maintains the contributions in a general account." |
| 10. Allstate | Invesco Advisors, Inc. Stable Value Fund | 4.18% | 4.18% | 3.91% | 2.87% | 2.43% | "[I]nvestment contracts issued by a diversified group of insurance companies, banks, and other financial institutions, each backed by one or more diversified bond portfolios." |
| 11. AXA | Fixed Income Fund | 4.22% | 2.50% | 2.49% | 2.37% | 1.93% | "[V]arious benefit-responsive Synthetic GICs with various insuarnce companies and other financial institutions." |
| 12. Chubb Corporation | Stable Value Portfolio | 3.76% | 2.37% | 2.32% | 2.19% | 1.81% | "[S]hort to intermediate term fixed income securities and cash equivalents... [and] includes 'wrap' contracts issued by third parties." |
| 13. Cincinnati Financial | Fifth Third Stable Value Fund | 3.07% | 2.21% | 1.57% | 1.32% | 1.18% | "[I]nvestment contracts such as guaranteed investment contracts (GICs) issued by insurance companies and other financial institutions and other investment products (synthetic GICs) with similar characteristics." |
| 14. FBL Financial | Group Flexible Premium Deferred Annuity | 4.11% | 3.92% | 3.94% | 3.66% | 3.00% | "The group annuity is a fully benefit-responsive investment contract issued by Farm Bureau Life Insurance Company." |
| 15. Genworth Financial | T. Rowe Price Stable Value Common Trust Fund [6] | 3.27% | 4.62% | 4.02% | 2.93% | 2.54% | "[I]nvestment contracts such as guaranteed investment contracts issued by insurance companies and other financial institutions and other investment products (separate account contracts and structured or synthetic investment contracts)." |
| 16. Hartford | Stable Value Fund | 4.52% | 3.61% | 3.45% | 3.55% | 3.00% | "[N]umerous synthetic group annuity contracts with unaffiliated insurance carriers." |

**EXHIBIT 2**

### Comparison of National Life Interest Fund to Other Capital Preservation Funds and Benchmarks
### (Alternative Plaintiff Retirement Funds, Capital Preservation Funds of Comparable Plans, and Stable Value Fund Indices)
### 2008 – 2012

| Plan / Fund | | Crediting Rate / Return [1] | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2008 | 2009 | 2010 | 2011 | 2012 | |
| 17. HCC Insurance | MassMutual Guaranteed Interest Contract [7] | 4.18% | 4.07% | 4.41% | 4.25% | 3.84% | "MassMutual maintains the contributions in a general account." |
| 18. Horace Mann Educators | HMLIC Group Annuity Contract | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | "[F]ixed interest rate fund… guaranteed by HMLIC." |
| 19. ING (Agents Plan) | ING Fixed Account | 3.30% | 3.00% | 3.15% | 3.00% | 3.00% | "The contract underlying this investment option is considered to be fully benefit responsive… [ING Life Insurance and Annuity Company is] the GIC issuer." |
| 20. ING (Employees Plan) [4] | MetLife Stable Value Fund [8] | – | 2.25% | 2.75% | 3.44% | 2.93% | "The MetLife Group Annuity Contract… is a fully benefit-responsive investment… The assets in the MetLife managed GIC are invested in a MetLife separate account." |
| 21. ING (ESOP Plan) | Stable Value Option | 4.10% | 3.45% | 3.60% | 3.69% | 3.25% | "Separate Account GIC contract… issued by ING Life Insurance and Annuity Company." |
| 22. Kemper | Wells Fargo Stable Return Fund (Class N) [9] | 4.70% | 3.40% | 3.07% | 2.45% | 2.06% | "[C]ommon collective trust that owns fully benefit-responsive investment contracts." |
| 23. Lincoln National | Lincoln Stable Value Fund | 4.95% [15] | 4.70% | 3.92% | 3.12% | 3.00% | "Unallocated Group Fixed Annuity Contract issued by LNL." |
| 24. MetLife | Fixed Income Fund [10] | 5.30% | 5.30% | 4.30% | 4.18% | 3.63% | "[C]omprised of a fully benefit-responsive investment… backed by a portfolio of assets allocated among several separate accounts with the Company." |
| 25. OneBeacon Insurance | Vanguard Retirement Savings Trust IV | 4.38% [16] | 3.08% | 3.02% | 3.05% | 2.48% | "[I]nvests primarily in investment contracts, including both traditional and synthetic issued by life insurance companies, banks and other financial institutions." |
| 26. Progressive | Fidelity Managed Income Portfolio II (Class 3) | 3.48% | 1.53% | 1.82% | 1.60% | 1.28% | "[T]he Portfolio invests in underlying assets (typically fixed-income securities or bond funds and may include derivative instruments such as futures contracts and swap agreements) and maintains a 'wrapper' contract issued by a third-party." |
| 27. Protective Life | Fidelity Managed Income Portfolio II (Class 1) [11] | 3.48% | 1.53% | 1.82% | 1.60% | 1.28% | "Investment contracts issued by insurance companies and other financial institutions, fixed income securities, and money market funds." [23] |
| 28. Prudential | PESP Fixed Rate Fund | 5.00% | 4.79% [17] | 4.59% [17] | 4.24% [17] | 3.61% [17] | "[F]ixed dollar account under an unallocated group annuity contract." |
| 29. Sun Life | Vanguard Retirement Savings Trust II | 4.49% | 3.19% | 3.12% | 3.15% | 2.58% | "[P]ool of investment contracts that are issued by insurance companies and commercial banks and… contracts that are backed by high-quality bonds, bond trusts, and bond mutual funds." |
| 30. Torchmark (Liberty National Life Insurance) | Unallocated Annuity Contract (ING Fixed Account) | 4.00% | 4.00% | 3.65% | 3.50% | 3.08% [22] | "The trustee maintains the contributions in a general account." |
| 31. Travelers | Stable Value Fund | 4.38% | 2.47% | 2.04% | 1.62% | 1.62% | "[C]omposed primarily of Synthetic GICs." |
| 32. White Mountains | Wells Fargo Stable Value Fund (Class K) [12] | 4.10% | 2.57% | – | 2.33% | – | "[I]nvestment contracts, including traditional guaranteed investment contracts ('GICs') and security backed contracts issued by insurance companies and other financial institutions." |
| **Comparable Plans** [2] **(Not Offering Stable Value Funds)** [3] | **Money Market Fund** | | | | | | |
| 33. Berkley | Vanguard Prime Money Market Fund (Institutional Shares) [13] | 2.93% | 0.63% | 0.02% | 0.04% | 0.04% | |
| 34. GEICO (Berkshire Hathaway) | Vanguard Prime Money Market Fund (Institutional Shares) [14] | 2.77% | 0.53% | 0.06% | 0.04% | 0.04% | |
| 35. Markel | Fidelity Retirement Money Market Fund | 2.93% | 0.63% | 0.02% | 0.01% | 0.01% | |

Confidential—Subject to Protective Order

**Comparison of National Life Interest Fund to Other Capital Preservation Funds and Benchmarks**
**(Alternative Plaintiff Retirement Funds, Capital Preservation Funds of Comparable Plans, and Stable Value Fund Indices)**
**2008 – 2012**

| Plan / Fund | Crediting Rate / Return [1] | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010 | 2011 | 2012 |
| **Stable Value Fund Indices** | | | | | |
| 36. Galliard Stable Value Separate Account Composite | 4.59% | 3.55% | 3.07% | 2.69% | 2.32% |
| 37. Hueler Stable Value Pooled Fund Universe | 4.58% | 3.12% | 3.12% | 2.69% | 2.26% |
| 38. BofA Merrill Lynch Wrapped 1-5 Year Corporate / Government Index [5] | 4.2 % | 3.5 % | 3.2 % | 2.9 % | 2.43% |

Source: SEC Filings; Fidelity; Vanguard; Galliard; Morningstar; Complaint; April 5, 2012 Letter from Steven M. Schultz to J. Gregory Brown; Plaintiff's Account Statements; Google Finance; General Board of Pension and Health Benefits
Note:
[1] For plans and stable value funds, crediting rates are as reported in the Complaint, in the companies' Forms 11-K, or in fund factsheets, and are either the average interest rates credited to participants or the interest rate credited to participants as of the final day of the calendar year.  For money market funds, returns shown are total returns over the calendar year.  Index returns are as reported in factsheets.
[2] Comparable plans include those of all companies under SIC Codes 6311 (Life Insurance) and 6331 (Fire, Marine & Casualty Insurance) that filed a Form 11-K in 2013 and that have a market capitalization of at least $1 billion.
[3] Endurance Specialty is also a comparable plan, but only offers company stock as an investment option.
[4] Data for the ING Employees Plan for 2008 was not available.
[5] Data available only allow for precision to the first decimal place prior to 2012.
[6] In 2008 and a portion of 2009, the underlying fund was the SEI Stable Asset Fund.
[7] Only average yields are presented in the company's Forms 11-K, which may differ slightly from crediting rates.
[8] In 2009 and 2010, the plan offered the Gartmore Morley Stable Value Fund.
[9] Prior to 2012, the plan offered Class G shares of the fund.
[10] Figures shown exclude assets in the New England Financial Accumulation Account, which are invested in the general account of MetLife.
[11] Rates for the Fidelity Managed Income Portfolio II (Class 3) are shown.
[12] Through October 2010, the plan offered the Merrill Lynch Retirement Preservation Trust.  Starting in February 2011, the plan offered the Wells Fargo Stable Value Fund (Class K).  Crediting rate data is unavailable for 2010 and 2012.
[13] From 2008 to 2010, the Berkley plan offered the Fidelity Retirement Money Market Fund as its money market option.
[14] In 2008, the plan offered the Vanguard Retirement Savings Trust, a stable value fund.  Figures shown for 2008 are for the Vanguard Prime Money Market Fund, which was offered starting in 2009.
[15] The Lincoln Stable Value Fund was introduced as an investment option in October 2008.  The 2008 crediting rate of 4.95% is the annualized crediting rate for the fourth quarter of 2008.
[16] In 2008, OneBeacon offered the OneBeacon Insurance Stable Value Fund, which had an average crediting rate of 2.31%.
[17] Rate calculated as the simple average of the quarterly crediting rates.
[18] The 2010 rate is calculated by annualizing the return from January 2010 through March 2010.
[19] Net of administration fee of 0.1%.
[20] The 2012 rate given in J. Gregory Brown's New York Life account statements differs from that presented in the complaint, which states that the 2012 rate was 5.2% as of June 30, 2012.
[21] The 2012 rate is calculated by annualizing the return from January 2012 through June 2012.
[22] The 2012 rate is calculated as the simple average of the first half and second half crediting rates.
[23] Description is taken from a fund factsheet.

# EXHIBIT 3

**EXHIBIT 3**

# National Life and Comparable Plan Stable Value Crediting Rates, Including Alternative Plaintiff Retirement Plans [1] 2008 – 2012



Source: SEC Filings; Fidelity; Vanguard; Galliard; Morningstar; Complaint; April 5, 2012 Letter from Steven M. Schultz to J. Gregory Brown; Plaintiff's Account Statements; Google Finance; General Board of Pension and Health Benefits

Note:

[1] Comparable plans include those of all companies under SIC Codes 6311 (Life Insurance) and 6331 (Fire, Marine & Casualty Insurance) that filed a Form 11-K in 2013, that have a market capitalization of at least $1 billion, and that offer a stable value fund option.   Crediting rates shown are as reported in the Complaint, in the companies' Forms 11-K, or in fund factsheets, and are either the average interest rates credited to participants or the interest rate credited to participants as of the final day of the calendar year.  Data for alternative plaintiff retirement plan funds are incomplete.

Confidential—Subject to Protective Order

# EXHIBIT 4

**EXHIBIT 4**

# National Life Crediting Rates and Comparable Plan Money Market Returns [1]
## 2008 – 2012



Source: SEC Filings; Fidelity; Vanguard; Galliard; Morningstar; Complaint; April 5, 2012 Letter from Steven M. Schultz to J. Gregory Brown; Google Finance; General Board of Pension and Health Benefits

Note:

[1] Comparable plans include those of all companies under SIC Codes 6311 (Life Insurance) and 6331 (Fire, Marine & Casualty Insurance) that filed a Form 11-K in 2013, that have a market capitalization of at least $1 billion, and that offer a money market option, but no stable value fund option.   Crediting rates shown are as reported in the Complaint.  For money market funds, returns shown are total returns over the calendar year.

# EXHIBIT 5

**EXHIBIT 5**

# National Life Crediting Rates and Stable Value Fund Index Returns [1]
# 2008 – 2012



Source: SEC Filings; Fidelity; Vanguard; Galliard; Morningstar; Complaint; April 5, 2012 Letter from Steven M. Schultz to J. Gregory Brown; Google Finance; General Board of Pension and Health Benefits

Note:

[1] Crediting rates shown are as reported in the Complaint.  Index returns are as reported in factsheets.

APPENDIX A

**APPENDIX A**

# LASSAAD TURKI
## Senior Vice President

**Cornerstone Research**
1919 Pennsylvania Av, N.W., Suite 600 • Washington, DC 20006
202.912.8920 • fax 202.912.8999
turki@cornerstone.com

## ACADEMIC BACKGROUND

**Stanford University**                                          Stanford, California
*Ph.D., March 1994*
Industrial Engineering, major area:  Finance
Thesis topic:  A Contingent Claims Approach to Valuing New Ventures

*M.S., December 1986*
Petroleum Engineering

**The University of Tulsa**                                          Tulsa, Oklahoma
*B.S., December 1984*
Petroleum Engineering, *magna cum laude*

## PROFESSIONAL EXPERIENCE

1995 – Present
1991 – 1993    **Cornerstone Research, Inc.**                      Washington, DC
*Senior Vice President*
Head of the firm's finance practice.  Serve as an expert witness.  Provide analytical
support to experts and consult to attorneys on finding experts, clarifying the economic
and financial issues in complex cases, and preparing summary reports and demonstrative
exhibits.  Specialize in cases involving derivatives, complex securities and valuation
issues.  Analyzed damages issues in antitrust, breach of contract and wrongful
termination cases.

2005 – 2006    **University of Maryland**                    College Park, Maryland
*Lecturer, Robert H. Smith School of Business*
Taught the MBA Futures and Options Contracts course.

2004 – Present **South Mediterranean University**                  Tunis, Tunisia
*Faculty, Mediterranean School of Business*
Teach the finance module in the Executive MBA Program.

1995 – 2003
1991 – 1993    **Stanford University**                          Stanford, California
*Consulting Associate Professor, Management Science and Engineering Department*
Taught financial analysis and accounting courses.

**APPENDIX A**
**LASSAAD TURKI**
**Senior Vice President**

**PROFESSIONAL EXPERIENCE (CONT.)**

> *Lecturer, School of Law,* 2001
> Taught quantitative methods in Finance.

1993 – 1995 **Purdue University School of Management**          West Lafayette, Indiana
> *Assistant Professor*
> Taught Investments Seminar (Ph.D.), Options and Convertible Securities course (M.B.A.), Financial Management (undergraduate) and Investment Management (undergraduate).

**PUBLICATIONS**

"A Venture Capital Price Index," *International Perspectives on Entrepreneurship Research*, S. Birley and I. C. MacMillan, ed., North-Holland, 1992 (with Robert H. Keeley)

"Risk-Return Profiles of New Ventures: An Empirical Study," *Journal of Small Business Finance*, Vol. 2, No. 2, 1993 (with Robert H. Keeley)

"New Ventures:  How Risky Are They?" *Frontiers of Entrepreneurship Research 1992* (with Robert H. Keeley)

"A New Approach to the Valuation of New Ventures," *Frontiers of Entrepreneurship Research 1993* (with Robert H. Keeley)

"Valuation of Early Stage Ventures," *Entrepreneurial and Small Business Finance*, Vol. 5, No. 1, 1996 (with Robert H. Keeley and Sanjeev Punjabi)

"Initial Public Offerings by Development Stage Companies," *The Journal of Small and Emerging Business Law*, Vol. 1, No. 1, Summer 1998 (with Christopher B. Barry)

**WORKING PAPERS**

"Compound Option Valuation:  A Simplified Approach" (with Robert H. Keeley)

"Executive Compensation in New Public Firms:  Characteristics and Incentives" (with Robert H. Keeley and Gordon M. Phillips)

**PRESENTATIONS**

"A Venture Capital Price Index," presented at the *Inaugural International Conference on Entrepreneurial Research*, February 18–20, 1991, London.

"Risk-Return Profiles of New Ventures:  An Empirical Study," presented at the *Fourth Annual International Research Symposium On Small Firm Finance*, April 23–24, 1992, Baylor University (Waco, Texas).

"New Ventures:  How Risky Are They?" presented at the *12th Annual Babson Entrepreneurship Research Conference*, June 28–July 2, 1992, INSEAD, Fontainbleau, France.

**PRESENTATIONS (CONT.)**

"A New Approach to Valuing New Ventures," presented at the *ORSA/TIMS Joint National Meeting*, November 1–4, 1992, San Francisco; at the 13th Annual Babson Entrepreneurship Research Conference, March 25–27, 1993, University of Houston; and at the *Fifth Annual International Research Symposium On Small Firm Financ*e, April 29–30, 1993, California State University at Long Beach

"Executive Compensation in New Public Firms:  Characteristics and Incentives," presented at the *14th Annual Babson Entrepreneurship Research Conference*, June 9–12, 1994, Babson College (Babson, Massachusetts)

"Compound Option Valuation:  A Simplified Approach," presented at the *International Conference on Mathematical Economics and Mathematical Finance*, June 21–24, 1994, Tunis, Tunisia

**AWARDS**

Distinguished Paper Award — "Risk-Return Profiles of New Ventures:  An Empirical Study," presented at the *Fourth Annual International Research Symposium On Small Firm Finance*, April 23–24, 1992, Baylor University (Waco, Texas)

Coleman Foundation Award for Best Paper — "New Ventures:  How Risky Are They?" presented at the *12th Annual Babson Entrepreneurship Research Conference*, June 28–July 2, 1992, INSEAD, Fontainbleau, France

APPENDIX B

APPENDIX B

# Last Four Years of Prior Testimony of LASSAAD TURKI

1. *Charles Fisher et al. v. ABB, Inc. et al.* (Deposition Testimony, 2009, Trial Testimony, 2010)

2. *H&R Block, Inc. et al. v. HSBC Taxpayer Financial Services Inc. et al.* (Arbitration Testimony, 2009)

3. *Robin Figas v. Wells Fargo & Company et al.* (Deposition Testimony, 2010)

4. *In re Northrop Grumman Corporation ERISA Litigation* (Deposition Testimony, 2011)

5. *Harris v. Koenig et al.* (Deposition Testimony, 2011)

6. *Freidus v. ING Groep N.V., et al.* (Deposition Testimony, 2011)

7. *Taramax, USA, Inc. and Taramax, S.A. v. Timex Corporation, Vertime, S.A., Lussemburgo, Callanen International, Inc., and Ghassan Doughan a/k/a Gus Dougan* (Deposition Testimony, 2011)

8. *Dann v. Lincoln National Corp., et al.* (Deposition Testimony, 2011)

9. *Gary Spano et al. v. The Boeing Company et al.* (Deposition Testimony, 2011)

10. *In re Principal U.S. Property Account ERISA Litigation* (Deposition Testimony, 2012)

11. *Omar Al Bundak v. Bahaa Rafiq Hariri* (Deposition Testimony, 2013)

12. *Strategic Enterprise Solutions, Inc. v. Orville Lee Tincher and Candus, L.L.C.* (Trial Testimony, 2013)

APPENDIX C

**APPENDIX C**

<u>Documents Considered by Lassaad Turki</u>

**Legal Documents**
- Class Action Complaint for Damages, April 10, 2013.
- Plaintiff's Notice of Motion for Class Certification, August 30, 2013.
- Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification, August 30, 2013.
- Declaration of Attorney George S. Trevor in Support of Plaintiff's Motion for Class Certification, August 30, 2013.
- Declaration of J. Gregory Brown in Support of Plaintiff's Motion for Class Certification, August 30, 2013.
- Deposition of J. Gregory Brown, September 5, 2013.
- Deposition of James L. Fisher, September 10, 2013.

**National Life Insurance Company Agents Retirement Plan Documents**
- Directed Employee Benefit Trust Agreement (Defined Contribution) between Charles Schwab and National Life Insurance Company.
- National Life Insurance Company Agents Retirement Plan SchwabPlan Management Summaries, 1Q 2011 – 2Q 2013.

**Bates Numbered Documents**
- Interest Fund Correspondence
  - Letter from National Life to All Participants in National Life Insurance Company Agents Retirement Plan and Non-Qualified Deferred Compensation Plans, March 9, 2012, NATLIFE00003450.
  - Letter from J. Gregory Brown to Steven M. Schultz, March 21, 2012, NATLIFE00001312.
  - Letter from National Life to J. Gregory Brown, April 5, 2012, NATLIFE00003746.
- Plan Documents
  - National Life Insurance Company Agents Pension Plan and Trust, Summary Plan Description, 1979, NATLIFE00001860–75.
  - National Life Insurance Co. Deposit Administration Fund – Defined Contribution, July 1, 1980, NATLIFE00002236–50.
  - National Life Insurance Company Agents Cash or Deferred Profit Sharing Plan, August 1, 1995, NATLIFE00004069–100.
  - Plan Updates posted to the Agents' Portal, 2007–2010, NATLIFE00004044–7.
  - Supplemental Pension Plan for Full-Time Agents of National Life Insurance Company, December 22, 2008, NATLIFE00002551–7.
  - National Life Insurance Company Agents Retirement Plan, January 1, 2011, NATLIFE00002700–97.
  - National Life Insurance Company Agents Retirement Plan Deposit Administration Contract, January 1, 2011, NATLIFE00003270–85.

**APPENDIX C**

- Named Plaintiff Account Statements and Materials
  - PLTF000001–2
  - PLTF000003
  - PLTF000004–7
  - PLTF000008–9
  - PLTF000010–16
  - PLTF000021–23
  - PLTF000024
  - PLTF000025–29
  - PLTF000030–31
  - PLTF000032–33
  - PLTF000034
  - PLTF000035
  - PLTF000036–41
  - PLTF000042–43
  - PLTF000044–45
  - PLTF000050
  - PLTF000051
  - PLTF000052
  - PLTF000054–57
  - PLTF000060–61
  - PLTF000062–63
  - PLTF000064–65
  - PLTF000074
  - PLTF000082–83
  - PLTF000086
  - PLTF000087–88
  - PLTF000089–90
  - PLTF000092
  - PLTF000094
  - PLTF000095–96
  - PLTF000097
  - PLTF000098–100
  - PLTF000101–105
  - PLTF000106–111
  - PLTF000112–113
  - PLTF000116
  - PLTF000128–129
  - PLTF000130–131
  - PLTF000132
  - PLTF000133–141
  - PLTF000142
  - PLTF000143–144
  - PLTF000145–146
  - PLTF000147–148
  - PLTF000149–150

2

Confidential—Subject to Protective Order

# APPENDIX C

- o PLTF000151–152
- o PLTF000153–160
- o PLTF000161
- o PLTF000162–163
- o PLTF000164–165
- o PLTF000356–361
- o PLTF000363–364
- o PLTF000367–368
- o PLTF000370–371
- o PLTF000372–373
- o PLTF000374
- o PLTF000377–379
- o PLTF000380–381
- o PLTF000382–383
- o PLTF000384–389
- o PLTF000385–386
- o PLTF000390–391
- o PLTF000392–393
- o PLTF000394–395
- o PLTF000396–397
- o PLTF000399–404
- o PLTF000405–408
- o PLTF000409–411
- o PLTF000412–413
- o PLTF000415–416
- o PLTF000417–418
- o PLTF000419–421
- o PLTF000423
- o PLTF000424–426
- o PLTF000427
- o PLTF000442–443
- o PLTF000444–445
- o PLTF000447–448
- o PLTF000451–453
- o PLTF000456
- o PLTF000457
- o PLTF000460
- o PLTF000462–467
- o PLTF000472–473
- o PLTF000475–477
- o PLTF000478
- o PLTF000479–493
- o PLTF000480–481
- o PLTF000494
- o PLTF000510–512
- o PLTF000513–517

3

Confidential—Subject to Protective Order

**APPENDIX C**

- PLTF000519–522
- PLTF000523–533
- PLTF000535–538
- PLTF000539–546
- PLTF000549–554
- PLTF000555–560
- PLTF000561–565
- PLTF000566–569
- PLTF000570–573
- PLTF000574–577
- PLTF000578–580
- PLTF000581–583
- PLTF000584–586
- PLTF000587–589
- PLTF000591–607

**Industry Publications**
- Deloitte, "Annual 401(k) Benchmarking Survey," 2012 Edition.
- Employee Benefit Plan Audit Quality Center, "Stable Value Funds and Investment Contracts – An Overview," February 2006.
- MetLife, "Stable Value Study," March 2013.
- NEPC, "A Closer Look at the Capital Preservation Funds Used Within Defined Contribution Plans," December 2008.
- Stable Value Investment Association, "Managing Stable Value Key Principles."
- Stable Value Investment Association, "Stable Value FAQ," 2013.
- Stable Value Investment Association, "Stable Value Glossary," August 20, 2013.
- Stable Value Investment Association, "Stable Value Guaranteed Insurance Accounts:  Frequently Asked Questions," 2013.

**SEC Filings**
- Forms 11-K and Forms 11-K/A for fiscal years 2009–2012.
  - Aegon NV
  - Allstate Corp
  - Atlantic American Corp
  - AXA
  - Berkley W R Corp
  - Berkshire Hathaway Inc
  - Chubb Corp
  - Cincinnati Financial Corp
  - Donegal Group Inc
  - Endurance Specialty Holdings Ltd
  - FBL Financial Group Inc
  - Genworth Financial Inc
  - Hartford Financial Services Group Inc/DE
  - HCC Insurance Holdings Inc/DE/
  - Horace Mann Educators Corp /DE/

4

Confidential—Subject to Protective Order

APPENDIX C

- o ING Groep NV
- o Investors Heritage Capital Corp
- o Kansas City Life Insurance Co
- o Kemper Corp
- o Lincoln National Corp
- o Markel Corp
- o Meadowbrook Insurance Group Inc
- o MetLife Inc
- o National Interstate Corp
- o OneBeacon Insurance Group, Ltd.
- o Phoenix Companies Inc/DE
- o Progressive Corp/OH/
- o Protective Life Corp
- o Prudential Financial Inc
- o State Auto Financial Corp
- o Sun Life Financial Inc
- o Travelers Companies, Inc.
- o Torchmark Corp
- o United Fire Group Inc
- o White Mountains Insurance Group Ltd

**Data**
- Galliard
- General Board of Pension and Health Benefits
- Google Finance
- Fidelity
- Morningstar
- Vanguard