MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller, State Bar No. 154842
ndiller@morganlewis.com
Alison B. Willard, State Bar No. 268672
awillard@morganlewis.com
One Market Street
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Charles C. Jackson (admitted *pro hac vice*)
charles.jackson@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Attorneys for Defendant National Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

J. GREGORY BROWN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. CV 13-2547 PA-CW

**DECLARATION OF THOMAS BROWNELL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Complaint filed: April 10, 2013

Date: October 7, 2013
Time: 1:30 p.m.
Crtrm.: 15

I, Thomas A. Brownell, declare as follows:

1. I am currently the Executive Vice President and Chief Investment Officer of National Life Group ("National Life Group") and President and Chief Executive Officer of National Life Group's Asset Management Company, Sentinel Investments. I also am, and have been since October 6, 2009, the Chair of the Benefits Investment Committee ("BIC") for the National Life Insurance Group. Unless stated otherwise, I have personal knowledge of the matters stated in this declaration and, if called upon, I could and would testify as to their truth.

2. In these roles, I have access to National Life Group's business records, including records regarding the National Life Agents Retirement Plan (the "Plan") and its predecessor benefit plans (the National Life Insurance Company Agents Pension Plan and Trust (the "Agents Pension Plan") and the National Life Insurance Company Agents 401(k) Plan (the "Agents 401(k) Plan"), as well as the Supplemental Pension Plan for Full-Time Agents of National Life Insurance Company (the "Supplemental Plan") (formerly named the Deferred Compensation Plan). All documents attached as exhibits to this declaration are true and correct copies of documents maintained in the ordinary course of National Life Group's business.

3. Attached as Exhibit 1 is a true and correct copy of the current plan document for Plan.

4. Attached as Exhibit 2 is a true and correct copy of the 2012 Summary Plan Description for the Plan.

5. Attached as Exhibit 3 is a true and correct copy of the current plan document for the Supplemental Plan.

6. Attached as Exhibit 4 is a true and correct copy of the current Charter of the Benefits Investment Committee of the National Life Group.

7. Attached as Exhibit 5 is a true and correct copy of the current Charter of the Benefits Administration Committee of National Life Group as Amended June 27, 2012.

## I. FACTS AND DOCUMENTS REGARDING THE INTEREST FUND

8. National Life Insurance Company offered the Interest Fund to the Plan as a proprietary product. Attached as Exhibit 6 is a true and correct copy the Fund Fact Sheet for the National Life Interest Fund ("Interest Fund"), which in my view accurately describes the Interest Fund.

9. Since 2009, Fiduciary Investment Advisors ("FIA") has advised the BIC in its evaluation of the prudence of all Plan investment options on at least a quarterly basis. FIA regularly advises the BIC and has opined that the Interest Fund continues to be a very good option for Plan participants as compared with appropriate benchmarks.

10. In addition, each year the BIC evaluates whether the Interest Fund continues to be a prudent investment option for Plan participants in light of, among other things, the prospective interest crediting rate announced by National Life Insurance Company.

11. When the BIC was evaluating whether to retain the Interest Fund as an investment option given the rate reduction from 5% to 3.1% for 2012, I consulted with FIA on behalf of the BIC, which advised me that the rate still compared favorably to available alternatives.

12. Attached as Exhibit 7 is a true and correct copy of the National Life Deposit Administration Contract, Issue Date January 1, 2011.

## II. AGENTS PENSION PLAN DOCUMENTS AND SPDS

13. Attached as Exhibit 8 is a true and correct copy of the 1987 Agents Pension Plan document.

14. Attached as Exhibit 9 is a true and correct copy of the 1988 Agents Pension Plan document.

15. Attached as Exhibit 10 is a true and correct copy of the 1989 Agents Pension Plan document.

16. Attached as Exhibit 11 is a true and correct copy of the 1991 Agents Pension Plan document.

17. Attached as Exhibit 12 is a true and correct copy of the 1994 Agents Pension Plan document.

18. Attached as Exhibit 13 is a true and correct copy of the 2002 Agents Pension Plan document.

19. Attached as Exhibit 14 is a true and correct copy of the 2005 Agents Pension Plan document.

20. Attached as Exhibit 15 is a true and correct copy of the 2007 Agents Pension Plan document.

21. Attached as Exhibit 16 is a true and correct copy of a December 2010 Amendment to the Agents Pension Plan.

22. Attached as Exhibit 17 is a true and correct copy of the 1979 Summary Plan Description for the Agents Pension Plan.

23. Attached as Exhibit 18 is a true and correct copy of the 1980 Summary Annual Report for the Agents Pension Plan.

24. Attached as Exhibit 19 is a true and correct copy of the 1982 Summary Annual Report for the Agents Pension Plan.

25. Attached as Exhibit 20 is a true and correct copy of the 2002 Summary Plan Description for the Agents Pension Plan.

26. Attached as Exhibit 21 is a true and correct copy of the 2010 Summary Plan Description for the Agents Pension Plan.

**AGENTS 401(K) PLAN DOCUMENTS AND SPDS**

27. Attached as Exhibit 22 is a true and correct copy of the 1995 Agents 401(k) Plan.

28. Attached as Exhibit 23 is a true and correct copy of the 2000 Agents 401(k) Plan.

29. Attached as Exhibit 24 is a true and correct copy of the 2002 Agents 401(k) Plan.

30. Attached as Exhibit 25 is a true and correct copy of the 2005 Agents 401(k) Plan.

31. Attached as Exhibit 26 is a true and correct copy of the 2007 Agents 401(k) Plan.

32. Attached as Exhibit 27 is a true and correct copy of the 2003 Summary Plan Description for the Agents 401(k) Plan.

33. Attached as Exhibit 28 is a true and correct copy of the 2004 Summary Plan Description for the Agents 401(k) Plan.

34. Attached as Exhibit 29 is a true and correct copy of the 2008 Summary Plan Description for the Agents 401(k) Plan.

35. Attached as Exhibit 30 is a true and correct copy of the 2010 Summary Plan Description for the Agents 401(k) Plan.

**III. OTHER DOCUMENTS**

36. I have reviewed a document maintained in the ordinary course of National Life's business titled "Settlement Agreement with Mutual Release of Claims" entered into as of August 2, 1999 in the matter of *J. Gregory Brown &*

///

///

///

///

///

*Co., Inc. Insurance & Financial Services, et al. v. National Life Insurance Company*, Case No. CV-98-3935-WJR (SHx) (U.S.D.C. C.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2013, in Montpelier Vermont.

Thomas A. Brownell